Opinion filed June 25, 2026



In The

# Elebenth Court of Appeals

_____

## No. 11-26-00052-CV

_____

## CHARLIE DOMBEK AND LEIGH ARCHER, Appellants

## V.

## HAPPY STATE BANK, A DIVISION OF CENTENNIAL BANK, Appellee

_____

**On Appeal from the 17th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 017-357743-24**

_____

### M E M O R A N D U M   O P I N I O N

Appellants, Charlie Dombek and Leigh Archer, filed a joint notice of appeal from the trial court's judgment in favor of Appellee, Happy State Bank, a division of Centennial Bank.[1]  The parties' briefs have been filed.  Appellant Dombek has

_____

[1]This appeal was transferred to this court from the Second Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2025).

now filed a notice of settlement and an unopposed motion for partial dismissal, stating that he and Appellee have "reached a settlement finally disposing of all claims between them relating to [the] lawsuit." He requests that we dismiss his portion of the appeal and states that each party in that portion will bear its own expenses on appeal. *See* TEX. R. APP. P. 42.1(a), (d).

Appellant Archer has not filed a response opposing the relief requested in the motion. Appellants have filed an opening brief and a reply brief in this cause, which present numerous appellate issues for this court to consider. Consequently, we are of the opinion that the motion for partial dismissal should be granted. *Id.* R. 42.1(b).

Accordingly, we grant the motion for partial dismissal, and we dismiss this appeal in part. The portion of the appeal relating to Appellant Dombek is dismissed. Appellant Archer's appeal from the trial court's judgment remains active.

PER CURIAM

June 25, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.